

<table>
<tr><td>

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

</td><td>

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

</td><td>

**Lauren Howland**
*Special Assistant Corporation Counsel*
Office: (212) 356-2016

</td></tr>
</table>

March 6, 2026

**<u>VIA ECF</u>**
Hon. Lewis J. Liman
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Law Office of Phillippe J. Gerschel v. N.Y.C. Dep't of Educ.,* 25-cv-6979 (LJL)(VF)

Dear Judge Liman:

I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, Muriel Goode-Trufant, attorney for Defendant in the above-referenced action, wherein Plaintiff seek solely attorneys' fees, costs and expenses for legal work on administrative proceedings under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA"), as well as for this action.

I write on behalf of the parties pursuant to the Court's December 9, 2025 Order (ECF No. 10) to respectfully request that the Court adjourn the Initial Pretrial Conference ("IPTC") (including the parties' submission of the attendant case management plan) currently scheduled for April 7, 2026, until July 7, 2026, or any date thereafter that is convenient to the Court. The parties apologize for the lateness of this request, and the inconvenience to the Court. This is the second request to adjourn the IPTC, the first adjournment was granted on December 9, 2025 (ECF No. 10). We note that this is a fees-only claim, without the need for discovery, and liability is not at issue. Given the foregoing, the parties believe an IPTC to be premature at this time. The requested adjournment will allow time for Plaintiff to provide the requisite attorney billing records in full (as discussed below), and for the parties time to engage in settlement discussions—ideally resolving this matter without further intervention by the Court.

I additionally write on behalf of Defendant pursuant to the Court's December 9, 2025 Order (ECF No. 10) to respectfully request that the Court grant a further 90-day extension of Defendant's time to respond to the Complaint from March 9 to June 7, 2026. The undersigned apologizes for the lateness of this request, and the inconvenience to the Court. Plaintiff consents to this request. This is the second request for an extension, the prior extension was granted on . The requested extension will give Defendant's counsel time to complete the City's internal review process process—which takes an average of 90 days from receipt of Plaintiff's attorney billing records (not yet provided in full by Plaintiff, but provision of which Plaintiff's counsel has assured the undersigned is forthcoming).

Accordingly, the parties respectfully request that the Court adjourn the IPTC currently

scheduled for April 7, 2026, until July 7, 2026, or any date thereafter, and Defendant respectfully requests that the time to respond to the Complaint be extended until June 7, 2026.

Thank you for considering these requests.

Respectfully submitted,

/s/

Lauren Howland
Special Assistant Corporation Counsel

cc: Leif Thorsten Simonson (via ECF)

The request is GRANTED.  The initial pre-trial conference previously scheduled for April 7, 2026 is adjourned until July 7, 2026 at 2:00 p.m.  Additionally, Defendant's request for a 90-day extension of time to respond to the Complaint is granted.
Date: March 9, 2026

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge

2