**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Lauren Howland**
***Special Assistant Corporation Counsel***
Office: (212) 356-2016

August 10, 2026

**VIA ECF**
Hon. Lewis J. Liman
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Law Office of Phillippe J. Gerschel v. N.Y.C. Dep't of Educ.,* 25-cv-6979 (LJL)(VF)

Dear Judge Liman:

I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, Steven Banks, attorney for Defendant in the above-referenced action, wherein Plaintiff seek solely attorneys' fees, costs and expenses for legal work on administrative proceedings under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA"), as well as for this action.

I write on behalf of the parties pursuant to the Court's July 1, 2026 Order (ECF No. 16) to respectfully request that the Court adjourn the Initial Pretrial Conference ("IPTC") (including the parties' submission of the attendant case management plan) currently scheduled for August 17, 2026, until October 1, 2026, or any date thereafter that is convenient to the Court. This is the fourth request to adjourn the IPTC, the prior adjournments were granted on December 9, 2025 (ECF No. 10), March 9, 2026 (ECF No. 13), and July 1, 2026 (ECF No. 16). Since the parties' last request for an adjournment, Defendant has been reviewing the underlying administrative proceedings and Plaintiff's attorney billing records, and Plaintiff's counsel provided updated billing on July 9, 2026. The requested adjournment will allow time for Defendant to complete the City's internal review process, receive authority, and for the parties time to engage in settlement discussions—ideally resolving this matter without further intervention by the Court.

Accordingly, the parties respectfully request that the Court adjourn the IPTC currently scheduled for August 17 until October 1, 2026, or any date thereafter that is convenient to the Court.

Thank you for considering these requests.

The request is GRANTED. The Initial Pretrial Conference is rescheduled to October 2, 2026 at 12:00 p.m.
Date: August 11, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Respectfully submitted,
/s/
Lauren Howland
Special Assistant Corporation Counsel

cc: Leif Thorsten Simonson (via ECF)